04 AUGUST 2015

32,505-04

Texas Court of Criminal Appeals
Clerk of the Court, Abel Acosta
P.O. Box 12308
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 07 2015

Abel Acosta, Clerk

RE: "NOTICE OF CHANGE OF ADDRESS": EX PARTE STEPHEN DAVIS. V. THE STATE OF TEXAS" WR-32,505-04

DEAR MR. ACOSTA:

AS I AM THE APPLICANT, PRO SE, IN THE ABOVE-STYLED AND NUMBERED CAUSE CURRENTLY BEFORE THIS COURT, I RESPECTFULLY REQUEST THAT YOU TAKE NOTE AND MAKE RECORD OF THE FOLLOWING, NEW-ADDRESS; ALTHOUGH I WILL ONLY REMAIN AT THIS "DIAGNOSTIC" PRISON UNIT LONG ENOUGH (APPROXIMATELY 2 WEEKS FROM THE ABOVE DATE) TO BE RE-CLASSIFIED TO A PERMANENT UNIT OF ASSIGNMENT.

NEW-ADDRESS:   STEPHEN EARL DAVIS #1976027
               BYRD UNIT, TDCJ-ID
               21 FM 247
               HUNTSVILLE, TEXAS 77320

OLD-ADDRESS:   HOLLIDAY UNIT, TDCJ
               295 IH 45 N
               HUNTSVILLE, TEXAS 77320

AS I AM WAITING FOR UNIT-REASSIGNMENT, I SHALL BE AT THE ABOVE-MENTIONED "NEW-ADDRESS". WHEN I REACH MY PERMANENT UNIT OF ASSIGNMENT, I WILL IMMEDIATELY NOTIFY THIS HONORABLE CLERK'S OFFICE. THANK YOU FOR YOUR TIME IN MY BEHALF.

VERY SINCERELY,

Stephen E. Davis

APPLICANT,   PRO SE

STEPHEN E. DAVIS #1976027
BYRD UNIT, TDCJ-ID
21 FM 247
HUNTSVILLE, TEXAS 77320